IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| C. STEVEN WOLFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 06-0346-CV-W-DW |
| NORTHWESTERN MUTUAL LIFE | ) |
| INSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Before the Court is the parties' Stipulation for Dismissal with Prejudice (Doc. 57). Pursuant to Federal Rule of Civil Procedure 41(a), the Court DISMISSES the above-styled action *with prejudice*. The fees and costs associated with this action shall be borne by the parties individually. The Clerk of the Court is directed to mark this action as closed.


Date:   January 7, 2008                                    /s/ Dean Whipple
                                                           Dean Whipple
                                                           United States District Judge